```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES,                                            :
                                                             :
                                                             :
                -v-                                          :    1:19-cr-00641-GHW
                                                             :
                                                             :
   CESAR ESPINOZA,                                           :    ORDER
                                                             :
                      Defendant(s).                          :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/19

GREGORY H. WOODS, United States District Judge:

As discussed during the conference held on November 25, 2019, Defendant's pre-trial motions are due no later than January 15, 2020. The Government's opposition is due no later than January 29, 2020. Defendant's reply is due no later than February 5, 2020. The Court will hold a hearing on Defendant's pre-trial motions on March 5, 2020 at 4:00 p.m.

SO ORDERED.

Dated: November 25, 2019
       New York, New York

_____
GREGORY H. WOODS
United States District Judge